# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

JANA HERDER
    Plaintiff(s),

Case No.: 6:18-cv-00529-MC

v.

HUTCHINS IMPORTED MOTORS, INC.
    Defendant(s).

### Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

DATED: 4-19-2018

Signature: Michael H. Long

Name and OSB ID: Michael H. Long, OSB #762240

E-mail Address: mhlong@oregonlegalteam.com

Firm Name: Gaydos, Churnside + Balthrop, P.C.

Mailing Address: 440 East Broadway, Suite 300, Eugene, OR 97401

City, State, Zip: ___

Parties Represented: Hutchins Imported Motors, Inc. dba Lithia Toyota of Springfield