UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JANA HERDER  
    Plaintiff(s),

Case No.: 6:18-cv-00529-MC

v.

HUTCHINS IMPORTED MOTORS, INC.  
    Defendant(s).

---

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

Pursuant to LR 26-2, I state that the parties who have been served and who are not in default have agreed to forgo the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: 4-19-2018

Signature: *Michael H. Long*

Name and OSB ID: Michael H. Long, OSB #762240

E-mail Address: mhlong@oregonlegalteam.com

Firm Name: Gaydos, Churnside & Balthrop, P.C.

Mailing Address: 440 East Broadway, Suite 300

City, State, Zip: Eugene, OR 97401

Parties Represented: Hutchins Imported Motors, Inc dba Lithia Toyota of Springfield