Adam Hanson OSB# 123355
Hanson & Walgenkim, LLC
838 Commercial St NE
Salem, OR 97301
Tel. (503) 383-1496 || Fax (503) 766-6477
adam@hansonwalgenkim.com
Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION


| | |
|---|---|
| **JANA HERDER**, individual | Civ. No. 6:18-cv-00529-MC |
| Plaintiff, | PLAINTIFF'S EXHIBIT LIST |
| v. | |
| **HUTCHINS IMPORTED MOTORS, INC**, **dba LITHIA TOYOTA OF SPRINGFIELD**, a domestic corporation, | |
| Defendant. | |


EXHIBIT LIST

Plaintiff's list of exhibits for use in this trial is as follows:

101:  Retail Installment Contract

102:  Deal Recap Sheet

103:  Display Vehicle Cost Sheet

104:  Lithia Inspection Report

105:  DMV Secure Odometer Disclosure Form

106:  We Owe Form

107:  NADA Price Report

---

PLAINTIFF'S EXHIBIT LIST – Page 1 of 2

108:  Retail Installment Contract from Trade In

109:  Carfax Report

110:  Carfax Report from Trade In

111:  Service Records

112:  CUDL Financing Response

113:  Deal Worksheet 1

114:  Deal Worksheet 2

115:  Deal Worksheet 3

116:  Deal Worksheet 4

117:  DMV Notice of Transaction Submitted

118:  DMV Title Application


DATED: August 2, 2019

/s/Adam Hanson
Adam Hanson, OSB# 123355

Hanson & Walgenkim, LLC
838 Commercial St NE
Salem, OR 97301
Tel. (503) 383-1496 || Fax (503) 766-6477