Adam Hanson OSB# 123355
adam@hansonwalgenkim.com
Young Walgenkim OSB #124900
young@hansonwalgenkim.com
Hanson & Walgenkim, LLC
838 Commercial St NE
Salem, OR 97301
Tel. (503) 383-1496 || Fax (503) 766-6477

Justin M. Baxter, OSB # 992178
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| **JANA HERDER**, individual<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>**HUTCHINS IMPORTED MOTORS, INC**, **dba LITHIA TOYOTA OF SPRINGFIELD**, a domestic corporation,<br><br>　　　　　　　　　　Defendant. | Civ. No. 6:18-cv-00529-MC<br><br>NOTICE OF APPEARANCE OF ATTORNEY |

TO: CLERK OF THE COURT

AND TO: ALL PARTIES AND ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Justin M. Baxter, of Baxter & Baxter, LLP, has been retained as co-counsel to appear on behalf of Plaintiff in the above captioned matter, and requests that notification of all filings and other activities in the case be sent to justin@baxterlaw.com.

DATED: August 5, 2019

/s/ Justin M. Baxter

---

Justin M. Baxter, OSB # 992178
justin@baxterlaw.com
Baxter & Baxter, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
Facsimile (503) 291-9172
Attorneys for Plaintiff

*Of Attorneys for Plaintiffs*